

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| RICARDO ZUNIGA, | § | No. 08-14-00153-CR |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D04852) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's Reply Brief fourth motion for extension of time within which to file the brief until **September 7, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant, prepare the Appellant's reply brief and forward the same to this Court on or before September 7, 2015.

IT IS SO ORDERED this 25th day of August, 2015.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.